# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

*******************************************

MICHAEL A. LINGENFELTER,
    Plaintiff,

vs.                                                                                  Consolidated at 2:19 cv 105

HENOK B. BERHE and NTO EXPRESS, LLC,
    Defendants,

vs.

VIVIAN R. LINGENFELTER-REPIQUE,
    Third-Party Defendant.

---

VIVIAN R. LINGENFELTER-REPIQUE
and PHILIP REPIQUE
    Plaintiffs,

vs.

HENOK B. BERHE and NTO EXPRESS, LLC,
    Defendants.

*******************************************

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs Michael A. Lingenfelter, Vivian Lingenfelter-Repique, and Philip Repique hereby give notice that the above-captioned action is voluntarily dismissed pursuant to settlement.

Dated: April 13, 2020                By:    */s/ Timothy A. Burke*
                                                        Marc P. Weingarten, Esquire
                                                        Timothy A. Burke, Esquire
                                                        **LOCKS LAW FIRM**
                                                        The Curtis Center
                                                        601 Walnut Street, Suite 720 East
                                                        Philadelphia, PA 19106
                                                        Phone number: (215) 893-3401
                                                       Facsimile number: (215) 893-3444
                                                       tburke@lockslaw.com

                                            By:    */s/Todd Brown*
                                                       Todd Brown, Esquire
                                                        **Pion, Nerone, Girman, Winslow & Smith**
                                                       1500 One Gateway Center

2

Pittsburgh, PA 15222
Direct: (412) 667-6222
Main: (412) 281-2288
Cell: (412) 780-2867

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon counsel for Defendants via this Courts electronic filing system on this date.

Dated: April 13, 2020	By:	*/s/ Timothy A. Burke*
			Marc P. Weingarten, Esquire
			Timothy A. Burke, Esquire
			**LOCKS LAW FIRM**
			The Curtis Center
			601 Walnut Street, Suite 720 East
			Philadelphia, PA 19106
			Phone number: (215) 893-3401
			Facsimile number: (215) 893-3444
			tburke@lockslaw.com