## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

*******************************************

MICHAEL A. LINGENFELTER,
    Plaintiff,

vs.                                                             Consolidated at 2:19 cv 105

HENOK B. BERHE and NTO EXPRESS, LLC,
    Defendants,

vs.

VIVIAN R. LINGENFELTER-REPIQUE,
    Third-Party Defendant.

VIVIAN R. LINGENFELTER-REPIQUE
and PHILIP REPIQUE
    Plaintiffs,

vs.

HENOK B. BERHE and NTO EXPRESS, LLC,
    Defendants.

*******************************************

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs Michael A. Lingenfelter, Vivian Lingenfelter-Repique, and Philip Repique hereby give notice that the above-captioned action is voluntarily dismissed pursuant to settlement.

Dated: April 13, 2020   By:   */s/ Timothy A. Burke*
    Marc P. Weingarten, Esquire
    Timothy A. Burke, Esquire
    **LOCKS LAW FIRM**
    The Curtis Center

DATE: APRIL 14, 2020
    601 Walnut Street, Suite 720 East
    Philadelphia, PA 19106

SO ORDERED:
    Phone number: (215) 893-3401
s/ David S. Cercone
    Facsimile number: (215) 893-3444
Senior U.S. District Judge
    tburke@lockslaw.com

    By:   */s/Todd Brown*
    Todd Brown, Esquire
    **Pion, Nerone, Girman, Winslow & Smith**
    1500 One Gateway Center